UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY BOEMAN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

HENRY FORD HOSPITAL,

Case No: 24-cv-11169

Hon. Jonathan J.C. Grey

## UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT

Plaintiff Emily Boeman by her attorneys, file this Unopposed Motion seeking entry of proposed Order Approving a FLSA Settlement, attached hereto as Exhibit A, which: (i) grants this motion; (ii) approves the Parties' Settlement Agreement; and (iii) dismisses this action with prejudice as to Plaintiff and without prejudice as to the claims of the putative FLSA collective/class members, and without further costs or fees to any party. In support of this Unopposed Motion, Plaintiffs states:

1. On May 1, 2024, Plaintiffs filed her Complaint, initiating this action on behalf of herself and all other persons similarly situated, seeking damages for alleged violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* and under Michigan law hereinafter referred to as "Plaintiffs' Lawsuit"). [ECF No. 1].

2. On September 12, 2024, Plaintiff amended her Complaint. [ECF No. 14].

3. Defendants filed their Answer and Affirmative Defenses on October 1, 2024, in which they denied the allegations in Plaintiffs' Complaint and asserted twenty-seven (27) affirmative defenses. [ECF No. 15]. Affirmative Defense No. 1 related to a prior settled putative collective action in *Riley v. Henry Ford Health Sys.*, Case No. 2:22-cv-12555 (E.D. Michigan) (Mickelsen J.) and asserted that any person who participated in in *Riley* claims are barred, in whole or in part by the doctrine of release, payment, accord, accord and satisfaction and are estopped from participating in this action. (ECF No. 15, PageID. 77).

4. Since the filing of the Complaint, three people have opted into this case. However, each participated in the settlement in *Riley* and after discovery, the parties have agreed that their claims will be withdrawn.

5. Notice of this action has not been provided to any putative collective members.

6. Since the filing of the Complaint the Parties have exchanged written discovery, produced hundreds of pages of documents, and held multiple meet and confer conferences where they discussed, among other things: the viability of Plaintiff's claims, pay and timekeeping data, and the resolution.

7. Ultimately, the Parties decided to settle Plaintiff's individual claim, with a dismissal without prejudice of the claims brought on behalf of a putative FLSA collective/class members, as each party believe that settlement would be in their best interest.

8. The Parties now seek this Court's approval of the Parties' Settlement Agreement and dismissal of the case with prejudice.

9. The Parties agree that the negotiated voluntary compromise is appropriate because the Parties recognize the cost and their respective risks associated with proceeding with lengthy, expensive, and contentious litigation. The detailed and material terms of the Settlement Agreement are discussed in the attached Brief in Support of the Unopposed Motion to Approve FLSA Settlement.

10. The Settlement Agreements provide that Defendant shall pay Plaintiff a settlement payment, which is inclusive of: (i) monetary payments to Plaintiffs; and (ii) payment for Attorneys' Fees and Costs (as approved by this Court). The Settlement Agreement is attached as Exhibit A.

11. The Parties agree that the Settlement Agreement is a fair and reasonable resolution and compromise of a *bona fide* dispute over issues arising under Plaintiffs' FLSA claims. Thus, Plaintiff respectfully requests this Court approve the Parties' Settlement Agreement in their entirety and dismiss this case with prejudice as to named Plaintiffs' claims and without prejudice as to the claims of the putative

FLSA collective, and without any costs or fees to any party, except as provided in the Settlement Agreement.

WHEREFORE, Plaintiff moves this Court for entry of the proposed Order Approving Settlement Agreement, attached hereto, which: (i) grants this motion; (ii) approves the Parties' Settlement Agreements; and (iii) dismisses this action with prejudice as to named Plaintiff's claim and without prejudice as to the claims of the putative FLSA collective/class members, and without further costs or fees to any party.

Dated: March 28, 2025                    Respectfully submitted,

                                         By:   s/Ricardo J. Prieto
                                               Ricardo J. Prieto
                                               rprieto@wageandhourfirm.com
                                               Melinda Arbuckle
                                               marbuckle@wageandhourfirm.com
                                               Wage and Hour Firm
                                               5050 Quorum Drive, Suite 700
                                               Dallas, TX 75254
                                               (214) 489-7653 – Telephone
                                               (469) 319-0317 – Facsimile


                                               s/David M. Blanchard
                                               David M. Blanchard (P67190)
                                               Blanchard & Walker, PLLC
                                               Local counsel for Plaintiff and Proposed Class Members
                                               221 North Main Street, Suite 300
                                               Ann Arbor, MI 48104
                                               (734) 929-4313
                                               blanchard@bwlawonline.com

4

COUNSEL FOR PLAINTIFF AND PUTATIVE CLASS AND COLLECTIVE ACTION MEMBERS

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2025, I electronically filed a copy of the foregoing. Notice of this filing will be sent to all parties via the Court's electronic filing system. Parties may access the filing through the Court's system.

*s/*Ricardo J. Prieto
Ricardo J. Prieto