UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY BOEMAN, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

                                        Case No. 24-11169
                                        Hon. Jonathan J.C. Grey

HENRY FORD HOSPITAL,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION
TO APPROVE FLSA SETTLEMENT AND
DISMISSING CASE WITH PREJUDICE AS TO THE NAMED
PLAINTIFF AND WITHOUT PREJUDICE AS TO THE CLAIMS
OF THE PUTATIVE FLSA COLLECTIVE/CLASS MEMBERS
(ECF No. 21)**

This matter has come before the Court on the unopposed motion for approval of a Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. ("FLSA"), settlement. (ECF No. 21.) The Court has reviewed the motion and settlement agreement attached thereto. The Court finds that the settlement is a fair and reasonable resolution and compromise of bona fide disputes over issues arising under Plaintiff Emily Boeman's FLSA claims in the underlying lawsuit. The Court is duly advised in the premise.

**IT IS HEREBY ORDERED** that the Court **GRANTS** Boeman's motion for approval of the FLSA settlement. (ECF No. 21.) The settlement reached between the parties is **APPROVED** as the Court finds it to be a fair and reasonable resolution and compromise of bona fide disputes over issues arising under Boeman's FLSA claims. **IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE** as to Boeman's claim and **WITHOUT PREJUDICE** as to the claims of the putative FLSA collective/class members, and without fees and costs, except as otherwise set forth in the settlement agreements executed between the parties.

**SO ORDERED**.

|  |  |
|---|---|
|  | **s/Jonathan J.C. Grey** |
|  | Jonathan J.C. Grey |
| Date:  May 8, 2025 | United States District Judge |

Approved as to form and content:

/s/ Ricardo J. Prieto with consent
Ricardo J. Prieto
Melinda Arbuckle
Wage and Hour Firm
*Attorneys for Plaintiff*
5050 Quorum Drive Suite 700
Dallas, TX 75254
Phone: 979-220-2824
Fax: 469-319-0317

Email: rprieto@wageandhourfirm.com
Email: marbuckle@wageandhourfirm.com

David M. Blanchard
Blanchard & Walker, PLLC
*Attorney for Plaintiff*
221 North Main Street Suite 300
Ann Arbor, MI 48104
Phone: 734-929-4313
Email: blanchard@bwlawonline.com

/s/ Allan S. Rubin
Allan S. Rubin (P44420)
John S. Gilliam (P81421)
JACKSON LEWIS P.C.
*Attorneys for Defendants*
2000 Town Center, Suite 1650
Southfield, Michigan 48075
Phone: (248) 936-1900
Email: allan.rubin@jacksonlewis.com
Email: john.gilliam@jacksonlewis.com

3

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 8, 2025.

s/ **S. Osorio**
Sandra Osorio
Case Manager
