UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY BOEMAN, individually and on
behalf of all others similarly situated,

    Plaintiff,

                                                Case No. 24-11169

v.                                         Hon. Jonathan J.C. Grey

HENRY FORD HOSPITAL,

    Defendant.

---

## **JUDGMENT**

The above-entitled matter has come before the Court, the Honorable Jonathan J.C. Grey, United States District Judge, presiding. In accordance with the Order granting final approval of the settlement (ECF No. 25), **IT IS ORDERED AND ADJUDGED** that:

    1.    The settlement agreement and general release (the "settlement agreement") is entered into by and between Plaintiff Emily Boeman and Henry Ford Health.

    2.    Henry Ford Health denies both liability and damages, and there is substantial disagreement between Boeman and Henry Ford Health as to both liability and damages.

3. There has been no determination on the merits of the lawsuit but in order to avoid additional cost and the uncertainty of litigation, Boeman and Henry Ford Health have agreed, subject to the provisions in Paragraph 5 of the settlement agreement, to resolve any and all wage and hour claims, known and unknown, asserted and unasserted, which Boeman has or may have against Henry Ford Health and/or Henry Ford Health's direct and indirect past, present, and future parent corporation, affiliates, subsidiaries, partners, divisions, predecessors, insurers, reinsurers, professional employment organizations, representatives, successors, and assigns, and their current and former employees, attorneys, officers, owners, members, managers, directors, and agents thereof, both individually and in their business capacities, and their employee benefit plans and programs and their administrators and fiduciaries, both individually and in their business capacities as of the date of the execution of the settlement agreement.

4. The Court hereby approves the settlement, including the plans for implementation and distribution of the settlement relief, and finds that the settlement is, in all respects, fair, reasonable, and

adequate to Boeman, within the authority of the parties, and the result of extensive arm's-length negotiations. Boeman and Henry Ford Health shall effectuate the settlement agreement in accordance with its terms. The settlement agreement and every term and provision thereof shall be deemed incorporated herein as if explicitly set forth and shall have the full force of an Order of this Court.

5. The Court hereby grants Boeman's counsels' request for an award of reasonable attorney's fees and costs in the amount of $9,655.00 (nine thousand six hundred fifty-five dollars and zero cents). This amount is to be paid in accordance with the settlement agreement.

6. The Court awards Boeman $6,422.50 (six thousand four hundred twenty-two dollars and fifty cents) for alleged lost back pay and/or front pay and wages. This amount is to be paid in accordance with the settlement agreement.

7. The Court additionally awards Boeman $6,422.50 (six thousand four hundred twenty-two dollars and fifty cents) for alleged emotional distress, liquidated and/or other non-wage damages. This amount is to be paid in accordance with the settlement agreement.

8. No other alleged damages are awarded.

9. This matter is **DISMISSED WITH PREJUDICE** as to Boeman's claims.

10. This matter is **DISMISSED WITHOUT PREJUDICE** as to the claims of the putative FLSA collective/class members.

11. No other claims remain and this matter shall be closed.

**SO ORDERED**.

Date: June 10, 2025

<u>s/Jonathan J.C. Grey</u>
Jonathan J.C. Grey
United States District Judge

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 10, 2025.

<u>s/ **S. Osorio**</u>
Sandra Osorio
Case Manager